UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABC,<br><br>                    Plaintiff,<br><br>       -against-<br><br>DEF,<br><br>                    Defendants. | 25-CV-3487 (LTS)<br><br>ORDER |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 6, 2025, the Court granted Plaintiff 30 days' leave to either retain an attorney or withdraw this action. Due to an administrative error, this order was not mailed to Plaintiff. Accordingly, the May 6, 2025 order, and this order, shall be mailed to Plaintiff at the address on record. Plaintiff shall comply with the instructions in the May 6, 2025 order. If Plaintiff does not retain an attorney or withdraw this action within 30 days of the date of *this* order, the action will be dismissed without prejudice and judgment shall enter.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    October 15, 2025
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge