UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA EX REL., GOMA POKHAREL KC,<br><br>                Plaintiff,<br><br>        -against-<br><br>ADMIN OF CPS, ET AL.,<br><br>               Defendants. | 25-CV-3487 (LTS)<br><br>ORDER OF DISMISSAL |

LAURA TAYLOR SWAIN, Chief United States District Judge:

By order dated May 6, 2025, the Court granted Plaintiff 30 days' leave to either retain an attorney or withdraw this action. The Court informed Plaintiff that if she did not retain an attorney or withdraw this action within 30 days of the date of the May 6, 2025 order, the seal would be lifted as to Plaintiff's name and the action would be dismissed without prejudice. Plaintiff did not provide an address for the court to mail the May 6, 2025 order and has not communicated with the court since filing this action.

The Court directs that the seal shall be lifted as to this entire action, except the complaint shall remain under seal. The seal shall also be lifted as to the parties' identities, and the Clerk of Court is directed to list Plaintiff's and Defendants' names on the public docket. The complaint shall remain under seal.

The Court dismisses this action without prejudice. The Court directs the Clerk of Court to enter judgment in this action.

Finally, the Court directs the Clerk of Court to email this order to Plaintiff at the email address included in the complaint, and note on record that the order has been emailed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an

appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated:    March 10, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge