UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA EX REL.,
GOMA POKHAREL KC,

                Plaintiff,

      -against-

ADMIN OF CPS, ET AL.,

               Defendants.

25 CIVIL 03487 (LTS)

CIVIL JUDGMENT

For the reasons stated in the March 10, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

    SO ORDERED.

Dated:   March 11, 2026

       New York, New York

                           /s/ Laura Taylor Swain
                           LAURA TAYLOR SWAIN
                 Chief United States District Judge